UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-62549-CIV-MORENO

ELEANOR CHAMBERS,

       Plaintiff,

vs.

FINANCIAL DATA SYSTEMS, LLC,

       Defendant.

_____/

**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THIS CASE AND GRANT LEAVE TO AMEND COMPLAINT AND ANSWER IN CASE NO. 21-62548-CIV-MORENO TO INCLUDE THIS CAUSE OF ACTION**

    THIS CAUSE came before the Court upon a *sua sponte* review of the record.

    THE COURT notes that the above-captioned matter involves the same parties and raises similar questions of law and fact as Case No. 21-62548-CIV-MORENO, also pending before this Court. Therefore, in the interests of judicial economy, it is

    ADJUDGED that the parties shall no later than **January 18, 2022**, file responses to show cause why the Court should not dismiss this case without prejudice and grant leave to amend the Complaint and Answer in Case No. 21-62548-CIV-MORENO to assert all claims and defenses that were raised in the above-captioned case. If the parties do not respond by that date, this case will be DISMISSED WITHOUT PREJUDICE and leave will be granted to amend the Complaint and Answer in Case No. 21-62548-CIV-MORENO to assert all claims and defenses that were raised in the above-captioned case.

    DONE AND ORDERED in Chambers at Miami, Florida, this 7th of January 2022.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record