UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62549-CIV - MORENO

ELEANOR CHAMBERS,

    Plaintiff,

v.

FINANCIAL DATA SYSTEMS, LLC,

    Defendant.

Civil Action File
No.: 0:21-CV-62549-MORENO

## DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE

Defendant Financial Data Systems, LLC files its Response to this Court's January 7, 2022 Order to Show Cause Why the Court Should Not Dismiss this Case (Dkt. No. 8).

As fully laid out in Defendant's Motion to Dismiss filed on January 14, 2022, Dkt No. 11, this matter, and Case No. 21-62548-CIV-MORENO, should be dismissed with prejudice. This case is one of four factually and legally indistinguishable cases that Plaintiff filed against the same defendant within about an hour's time. The two cases assigned to Your Honor are the third and fourth filed. The first filed is before Judge Marcia G. Cooke in case number 0:21-CV-62545-MGC.[1] As the Eleventh Circuit held in *Vanover v. NCO Financial Services, Inc.*, the proper procedural remedy is for the second, third, and fourth actions to be dismissed via motion to dismiss. 857 F.3d 833, 841-42 (11th Cir. 2017). No amendment to the Complaint in either of these two cases is required as Plaintiff has engaged in improper claim-splitting prohibited by binding Eleventh Circuit law.

---

[1] The second filed case, No. 21-cv-62547-JEM, is before Judge Jose E. Martinez who has already ordered expedited briefing on Defendant's motion to dismiss.

1

This 18th day of January, 2022.

                                      Respectfully submitted,

**DENTONS US LLP**

/s/ *Monica L. Irel*
Monica L. Irel, Esq.
FL Bar No. 0142395
10700 N. Kendall Drive, Suite 303
Miami, FL 33176
Telephone: (305) 670-4843
Facsimile: (305) 670-4846
Email: monica.irel@dentons.com

*Attorney for Financial Data Systems, LLC*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a copy of the foregoing was served this 18th day of January, 2022, via the Court's electronic filing system and via First Class U.S. Mail, postage prepaid, on the following:

**THOMAS J. PATTI, ESQ.**
Florida Bar No: 118377
E-mail: tom@jibraellaw.com
THE LAW OFFICES OF JIBRAEL S. HINDI
110 SE 6th Street, suite 1744 Fort Lauderdale, Florida 33301
Phone:954-907-1136

**PAUL A. HERMAN, ESQ.**
Florida Bar No.: 405175
E-mail: paul@consumeradvocatelaw.corn
CONSUMER ADVOCATES LAW GROUP, PLLC
4801 Linton Blvd., Suite 11A-560
Delray Beach, Florida 33445
Phone: (561) 236-8851

**JOEL A. BROWN, ESQ.**
Florida Bar No.: 66575
E-mail: joel.brown@friedmanandbrown.com
FRIEDMAN & BROWN, LLC
3323 NW 55th Street
Fort Lauderdale, Florida 33309
Phone: (954) 966-0111

/s/ Monica L. Irel
Monica L. Irel, Esq.
FL Bar No. 0142395